**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2136**

LAWRENCE V. WILDER,

             Plaintiff - Appellant,

      v.

MICHAEL GRIFFIN, Administrator, National Aeronautics and Space Administration; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,

             Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Catherine C. Blake, District Judge. (1:08-cv-01277-CCB)

Submitted:  May 28, 2009              Decided:  June 2, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence V. Wilder, Appellant Pro Se.   Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence V. Wilder appeals the district court's orders denying relief on his employment discrimination action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wilder v. Griffin</u>, No. 1:08-cv-01277-CCB (D. Md. Aug. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>